

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00581-CV

**IN THE INTEREST OF E.E.M.** and E.K.M.G., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-EM5-00713
Honorable Martha Tanner, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Rosa Elena Gomez.

It is so **ORDERED** on October 12, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
Michael A. Cruz, Clerk of Court